FILED
2020 AUG 31 PM 1:02
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GUY M. DOMAI, <br><br> Plaintiff, <br> v. <br><br> CITY OF SALT LAKE, SALT LAKE COUNTY, <br><br> Defendant. | REPORT AND RECOMMENDATION <br><br> Case No. 2:20-rf-294 <br><br> Magistrate Judge Dustin B. Pead |

In August 2017, Putative Plaintiff, Guy M. Domai, was placed on filing restrictions with this court. *See Domai v. Parker*, Case no. 2:17-cv-462-JNP-PMW, Order ECF No. 4, Amended Order ECF No. 7. Under these restrictions, the court reviews any filings of Mr. Domai and denies leave to file documents if they are duplicative of previous matters, are legally frivolous or lack merit. *See id.* The undersigned recommends that Mr. Domai's Motion for Leave to Proceed in forma pauperis be denied.

On May 1, 2020, the court received an application from Mr. Domai to proceed IFP to file a complaint against the City of Salt Lake and Salt Lake County. Mr. Domai alleges violations of his Fourth Amendment right to be free from unreasonable search and seizure when "Officer Blue" arrested Mr. Domai without probable cause while he "was peacefully standing on a public bench that is located right in front of the senior liberty center located between 300 west and 200 east right on the [sic] 700 east." The undersigned has carefully reviewed Mr. Domai's documents and finds it is unclear from their content as to whether or not they establish a prima facie case of constitutional violations. In an effort to protect Mr. Domai's constitutional rights, while balancing the court's "inherent power to regulate the activities of abusive litigants by imposing

carefully tailored restrictions in appropriate circumstances" *Andrews v. Heaton*, 483 F.3d 1070, 1077 (10th Cir. 2007), the court entered an order directing Mr. Domai to file corroborative evidence supporting his claims. (ECF No. 3.) On June 22, 2020, the court granted Mr. Domai additional time to file supportive materials. (ECF No. 5.) To date, Mr. Domai has failed to comply, and the time to do so has now passed.

## RECOMMENDATION

The undersigned recommends that Mr. Domai's Motion for Leave to Proceed in forma pauperis be DENIED based upon the prior filing restrictions, and on account of Mr. Domai failing to comply with the Court's orders.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object.  Within **fourteen (14) days** of being served with a copy, any party may serve and file written objections.  See 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

DATED this 31 August 2020.

_____
Dustin B. Pead
United States Magistrate Judge